JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP 30, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| REGINALD G. PERALTA, <br><br> Plaintiff, <br><br> CITY OF SAN BERNARDINO; SAN BERNARDINO POLICE DEPARTMENT; ROBERT HANDY; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: EDCV-12-02126-VAP (DTBx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Hon. Virginia A. Phillips |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: September 29, 2016

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge